| | | |
|---|---|---|
| | UNITED STATES COURT OF APPEALS | **FILED** |
| | FOR THE NINTH CIRCUIT | DEC 8 2021 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

STEVEN ZINNEL,

    Defendant-Appellant.

 and

DAVID ZINNEL,

    Claimant-Appellee,

No. 21-16737

D.C. No. 2:21-mc-00098-TLN-AC
Eastern District of California, Sacramento

ORDER

Before: O'SCANNLAIN, THOMAS, and TALLMAN, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291. Consequently, this appeal is dismissed for lack of jurisdiction.

All pending motions are denied as moot.

**DISMISSED.**

MF/Pro Se